**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: CLIFFORD HARTFORD LLC | Case No.: 26-20329 |
| Debtor | Chapter 11 |

### ORDER RECUSING JUDGE

Pursuant to 28 U.S.C. § 455, the Honorable James J. Tancredi has determined that recusal is appropriate in the above-referenced Chapter 11 case. Therefore, it is hereby

**ORDERED**: The Honorable James J. Tancredi is recused from the above-captioned case; and it is further

**ORDERED**: The Clerk shall reassign the case.

**IT IS SO ORDERED** at Hartford, Connecticut this 6th day of April 2026.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut